*A ongoing "continuous" problem; not in just state primaries but in the last "National" elections that implicates "National" law. Rodriquez v. Popular Democratic Party 457 U.S. 1 (1982) esp. p. 10 pg. 1 "...when a state...has provided that its representatives be elected, & citizen has a constitutionally protected right participate equally with...*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

Nashville , DIVISION.

*other citizens in the jurisdiction (citation ommitted)," and Green Party etc... v. Hargette (C.A.6 (Tn. 2014) 767 F.3d. 533 (while states enjoy wide latitude in regulating elections and controlling ballot content and access they must exercise this power in the reasonable, nondiscriminatory politically nuetral fashion) even view point discrimination" see Blk. Law Dict., Other ed.*

Bobby D. Green

_____

**Name of Plaintiff(s)**

v.

Albert U. Tieche, Adm. of Elec-
trons; Alex Green Middle Sch.
Polling Precenct (and it's individ
ual workers)(all names unknown)
Bordeaux Library (its Polling Station workers)
**Name of Defendant(s)** (names unknown) et. al.

) ) ) ) ) ) ) ) ) ) ) ) )

Case No. _____
(To be assigned by Clerk)

2015 AUG -7 PM 4:12
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN
FILED

## COMPLAINT , *"civil death, and/or bills of attainder (a.k.a. cutlawry)"*

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

*And (the) or (a) law that prohibits*

Because the Voting Rights Act 42 U.S.C.A. §§ 1971-1974, a federal law) (National Law) that guarantees (a) citizen right to vote without discrimination based on race, color, view point; or previous condition of servitude and prohibits the singling out of certain people (as herein )and whimsically because it erstphor and having friends (judges) in the local U.S. court by virtue of Amendasa 8 (and Amendments and Constitution 14 and 8) 85 et seq. 28 U.S.C.A.

2. Plaintiff, **Bobby D Green** resides at —not a residence) Care Fellowship (a temporary mailing address— 511 So. 8th st. Nashville

**Street address** | **City**

Davidson , Tn. , 37206 (615)828-6548,
**County** | **State** | **Zip Code** | **Telephone Number**

(If more than one plaintiff, provide the same information for each plaintiff below.)

*retributively*
*no more, only he complainant I receive special undevied tortous attention*

_____

_____

_____

**3.** Defendant, **Albert E. Tieche, Metro Admin. of Elections** resides at: My voter registration card lists below: Davidson Cty. Election Com.

P.O. Box 650, _____, Nashville,
Street address                              City

Davidson _____, Tn. , 37206, (615)828-6548,
County                State      Zip Code   Telephone Number

(If more than one defendant, provide the same information for each defendant below.)

2.) All Poll Worker(s) (names unknown) at Alex Green Sch. (Middle School) 3924 Lloyd Rd., Whites Creek, Tn. 37189

3.) All Poll Worker(s) (names unknown) at Bordeaux Library 4 Clarkville Hwy., Nashville, Tn. 39208.

**4.** 4. and Metro. Library Workers at Bordeaux Library (one took my i.d. and never returned it had to pay for another) same address as above.

Statement of claim. (State as briefly as possible, the facts of your case. Describe how each Defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary. Attach any documentation or exhibits in support of the complaint):

On about Oct. 29, 2012 the Metro. Election Commission Administrator, A.U. Tieche restored my voting rights, Something (a) U.S. District Court judge, Wm. Jos. Haynes, Jr. wrongly/tortiously (k)refused to do in c.a. no. 3:2004-cv- ___ and issued me a voter registration card that day, with the information on it where I'm assigned to cast my vote(s), and what credentials required that day to vote, when voting.

However, much to his surprise, he was never afforded the opportunity to vote. At neither polling station(s) Bordeaux library designated a place to vote early, and/or in the primaries. On

Only harassed by worker(s) at both location(s). Asking him, how he intended on voting. Democratic or Republican

And at Bordeaux Library they (a blk. woman in charge) took his i.d. and didnot return it and telling him to go to Alex Green School; getting late he went.

But because, he had no proper i.d. was told he could make out a provisional ballot. And if he found his i.d. (photo) he could take it to the commission show it to them and get my ballot/votes counted. But that never happened and my votes then not counted.

And then again Aug. 7th, 2014 at Alex Green School all the poll worker(s) except one, did nothing but harass me, asking for proper i.d. and credentials/documents. Wanting to know if I wanted to vote, close. I said he'll no. And I intend on reporting this. I left never voting.

5.  Prayers for Relief (List what you want to Court to do):

a.  Initially, as a critical overarching preliminary procedural matter, to grant a "Change of Venue" to another Division due to totally inability to render fundamentally-fair, non-biased, prejudicial, or otherwise subjective-decisions in this Division collectively, or;

b.  a due process type (plenary) hearing with assistance of Court appointed counsel to help him marshal all necessary and pertinent fact(s) to prove this contention above, (in good-faith he truthfully believe the factual proof is plainly "there") otherwise, he excepts (esp. as to Judge(s) Wm. J. Haynes, Jr. and A. Trauger)

c.  Criminal prosecution of this long (prolong) colluded-in "Official Oppression, Civil Rights Intimidation, et. seq., in violation of T.C.A. 33-39-___ ___ under the federal conspiracy statutes, 18 U.S.C.A. 541, or 242 or, Washington v. Springfield Ctr., Tn.

d.  A jury trial, there being a loss herein of $50.00 or more;

e.  Full recompense, including pecuniary, punitive damages, for mental stress/anguish, etc.

f.  A monetary award of 500,000 to be equally divvied up amongst all guilty parties

I (We) hereby certify under penalty of perjury that the above Petition is true to the best of my (our) information, knowledge, and belief.

Signed this 26th day of _____ June _____, 20 15.

_____

c/o Com. Care
511 So. 8th St.
Nashville, Tn. 37206-
Ph. no. (615) 828-6548

_____
(Signature of Plaintiff(s))

— Affidavit in Support of Complaint —

I, Bobby D. Green, complainant herein, fully of criminal laws governing perjury, state and federal, do hereby and thereafter, depose and say, in addition to any facts contained in complaint that:

1.) On Aug. 7th, 2014, at approximately 6:40 p.m., the very last day for early state voting in the Metro Nashville/Davidson Cty. Tn. I went to Alex Green Middle School at 3921 Lloyd Dr., Whites Creek, Tn.; the designated place listed on my voter registration card for me to cast my votes by the Metro./Davidson Cty. Election Comm. and a. Albert V. tieche, Adm. of Elections, to vote, before it was, that date to late, to vote in the state/Metro primaries, Aug 8th being actual last day therefore;

2.) But, typically, and instep with prior actions at this particular polling station (all women — names forgotten) and the polling station at Metro Public Library in Bordeaux, Clarksville hwy. Nashville, Tn. (collusively) for the second (2nd) consecutive time, I did not get to vote. Or, on this last attempt, it was "harassingly" conducted where his voting cast was not completed" (dispiste having all necessary/required documentation) (asking if I wanted (a) absentee" ballot) 3.) Only subjected to female civil rights intimidation", in violate of T.C.A. §§ 39-1 — , 39-1 —

4. The first time the suppressing Bordeaux workers wrongly took my i.d. (state issued photo) and lost it, causing me to be forced to have to fill out (a) absentee ballots. But because my i.d. never found, votes never counted. And it was, of National election.

I affirm the truth hereof, in its entirety, witnessed by affixing my hand hereto _____

Bobby D. Green, Affiant