UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BOBBY D. GREEN ) | |
|     Plaintiff(s) ) | |
| ) | |
| v. ) | Civil Action No. 3:15-0865 |
| ) | Judge Nixon/Frensley |
| ALBERT U. TIECHE, et al. ) | |
|     Defendant(s) ) | |

**O R D E R**

This is a pro se prisoner action raising denial of voting rights claims pursuant to 42 U.S.C. § 1973. Plaintiff's Complaint was filed August 7, 2015 (Docket Entry No. 1). The undersigned entered an Order on December 2, 2015, directing the Clerk's Office to send a service packet for each named defendant in this action to the plaintiff. Docket No. 10.. The completed service packets should have been returned within 20 days of the date of receipt of that order.

The order and a service packets were mailed to the plaintiff by certified mail on the date the Order was filed. There is no indication in the file that Defendants have been served with the Summons and Complaint.

Rule 4(m) of the Federal Rules of Civil Procedure provides in pertinent part as follows:

> *Time Limit for Service. If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.*

Within fourteen (14) days of the date of entry of this Order, therefore, Plaintiff shall file a written statement showing good cause for his failure to serve the Defendant within 90 days after

the filing of the Complaint. If Plaintiff fails to comply with the provisions of this Order, the undersigned will recommend that this action be dismissed without prejudice.

  IT IS SO ORDERED.

              _____
              JEFFERY S. FRENSLEY
              United States Magistrate Judge