UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BOBBY D. GREEN,

        Plaintiff,

v.

ALBERT U. TIECHE, ALEX GREEN
MIDDLE SCHOOL POLLING PRECINCT,
and BORDEAUX LIBRARY,

        Defendants.
_____/

Case Number 15-00865
Honorable David M. Lawson
Magistrate Judge Jeffery S. Frensley

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE

Presently before the Court is the report issued on March 4, 2017 by Magistrate Judge Jeffery S. Frensley pursuant to 28 U.S.C. § 636(b), recommending that this case be dismissed without prejudice for want of prosecution. Under Federal Rule of Civil Procedure 72(b)(2), the parties to this action had fourteen days from the date of service of the report to object to and seek review of the recommendation. No objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt. #27] is **ADOPTED** and the case is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

It is further **ORDERED** that the plaintiff's motion for an extension [dkt. #24] and motion to defer response to order [dkt. #25] are **DENIED** as moot.

                                              s/David M. Lawson
                                              DAVID M. LAWSON
                                              United States District Judge
                                              Sitting by special designation

Dated: May 18, 2017