UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Bobby D. Green

                        Plaintiff,

v.                                        Case No.: 3:15−cv−00865

Albert U. Tieche, et al.

                        Defendant,

### ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/19/2017 re [28].

                                                      Keith Throckmorton, Clerk
                                                     s/ Hannah Blaney, Deputy Clerk